(85 South. 921)

CONSOLIDATED CONE CO. v. MARTIN. (6 Div. 101.) (Supreme Court of Alabama. June 25, 1920.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge. Weakley & Rice, of Birmingham, for appellant. Harsh, Harsh & Harsh, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(85 South. 921)

CUMMINS et al. v. CAMPBELL. (4 Div. 883.) (Supreme Court of Alabama. June 8, 1920.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. Chapman & Lewis, of Dothan, for appellants. J. S. McLendon, of Dothan, for appellee.

PER CURIAM. Case settled between the parties, and appeal dismissed on motion of appellant.

(85 South. 921)

DAMON v. PILCHER. (4 Div. 839.) (Supreme Court of Alabama. March 25, 1920.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge. Chapman & Lewis, of Dothan, for appellant. Sollie & Sollie, of Ozark, and J. J. Speight, of Dothan, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(85 South. 921)

DENT v. FOY. (4 Div. 853.) (Supreme Court of Alabama. Jan. 20, 1920.) Appeal from Circuit Court, Barbour County; J. S. Wiliams, Judge. A. H. Merrill & Son, of Eufaula, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(85 South. 921)

Ex parte EICHBERG. (1 Div. 141.) (Supreme Court of Alabama. Feb. 12, 1920.) Certiorari to Court of Appeals. Yerger & Foster, of Mobile, for appellant. Gordon & Edington, of Mobile, for appellee.

GARDNER, J. Petition of M. H. Eichberg for certiorari to the Court of Appeals to review and revise the judgment and decision of said court rendered in the case of National Timber Company and M. H. Eichberg v. F. M. Deer, 84 South. 865. Writ denied.

(85 South. 921)

Ex parte FORBES. (7 Div. 90.) (Supreme Court of Alabama. May 20, 1920.) Certiorari to Court of Appeals. Harvey A. Emerson, of Anniston, for appellant. J. Q. Smith, Atty. Gen., for appellee.

GARDNER, J. Petition of Wesley Forbes for certiorari to the Court of Appeals to review and revise the judgment of said court affirming the decision of the lower court on the appeal in Ex parte Wesley Forbes, 85 South. 590. Writ denied.

(85 South. 921)

GADSDEN LAND & DEVELOPMENT CO. v. KYLE et al. (7 Div. 44.) (Supreme Court of Alabama. Jan. 15, 1920.) Appeal from Circuit Court, Etowa County; W. J. Martin, Judge. A. E. Goodhue, of Gadsden, for appellant.

PER CURIAM. Appeal dismissed by appellant.

(85 South. 921)

Ex parte GARNETT. (8 Div. 225.) (Supreme Court of Alabama. Jan. 15, 1920. Rehearing Denied Feb. 5, 1920.) Certiorari to Court of Appeals. E. W. Godbey, of Decatur, for appellant. S. A. Lynne, of Decatur, for appellee.

THOMAS, J. Petition of W. W. Garnett for certiorari to the Court of Appeals to review and revise the judgment of said court reversing the appeal of Ophelia Rice v. W. W. Garnett, 84 South. 557. Writ denied.

(85 South. 922)

GIBSON v. STATE. (7 Div. 17.) (Supreme Court of Alabama. Jan. 13, 1920.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed by appellant.

(85 South. 922)

GREAT AMERICAN OIL CO. et al. v. WALKER. (1 Div. 123.) (Supreme Court of Alabama. Feb. 14, 1920.) Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge. Smiths, Young & Lehigh, of Mobile, for appellants. Gaillard, Mahorner & Arnold, of Mobile, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(85 South. 922)

HAGOOD v. HAGOOD. (6 Div. 941.) (Supreme Court of Alabama. Feb. 12, 1920.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge.

PER CURIAM. Appeal dismissed by appellant.

(85 South. 922)

Ex parte HARRIS. (8 Div. 220.) (Supreme Court of Alabama. Jan. 15, 1920.) Certiorari to Court of Appeals. Rayburn & Wright, of Guntersville, R. E. Smith, of Huntsville, and Callahan & Harris, of Decatur, for appellant. J. Q. Smith, Atty. Gen., for appellee.

PER CURIAM. Petition of John C. Harris for certiorari to the Court of Appeals to review and revise judgment of said court rendered in the appeal of John C. Harris v. State of Alabama, 16 Ala. App. 509, 79 South. 270. Writ denied.